IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JOHN W. PICKLE, JR.
ADC #652242                                                    PLAINTIFF

v.                        No. 4:25-cv-1117-DPM-PSH

RONALD JOHN STUKEY, Randall L.
Williams Unit, ADC and TAYLOR
SURVEROY, Sergeant, Randall L.
Williams Unit, ADC                                             DEFENDANTS

## ORDER

On *de novo* review, the Court declines to adopt the recommendation, *Doc. 38.* Fed. R. Civ. P. 72(b)(3). Pickle alleges that Dr. Stukey delayed medical treatment for Pickle's elevated bile levels and gallbladder concerns. This delay resulted in him collapsing, and being hospitalized for sixteen days. *Doc. 40 at 2.* Pickle says he couldn't exhaust his administrative remedies for this claim — he was unable to grieve his inadequate medical care because he was in the hospital for longer than the fifteen-day period for filing a timely grievance. There's no evidence in the record that he could have grieved his medical issues from the hospital. *Doc. 22 at 3.* In the circumstances, the administrative grievance procedure was presumptively unavailable to Pickle. *Ross v. Blake,* 578 U.S. 632, 642–44 (2016); *Smith v. Andrews,* 75 F.4th 805, 808–09 (8th Cir. 2023). Motion for summary judgment on

exhaustion, *Doc. 11*, denied without prejudice.  Pickle's claims against Dr. Stukey go forward.

So Ordered.

_DPMarshall Jr._

D.P. Marshall Jr.
United States District Judge

_26 June 2026_